Garry D. ACUNCIUS, Appellant/Plaintiff,

v.

COUNTY OF AUDRAIN,
Respondent/Defendant.

No. 64368.

Missouri Court of Appeals,
Eastern District,
Northern Division.

July 19, 1994.

Michael F. Dandino, Jerome Wallach, Wallach Law Firm, St. Louis, for appellant.

Thomas I. Osborne, Pros. Atty., Audrain County, Mexico, for respondent.

Before CRIST, P.J., and CRANDALL and CRANE, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals from a judgment in favor of defendant in an action for breach of an employment contract. We affirm.

The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

Cornell ALLEN, Movant,

v.

STATE of Missouri, Respondent.

No. 64452.

Missouri Court of Appeals,
Eastern District,
Division One.

July 19, 1994.

Dave Hemingway, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant, Cornell Allen, appeals from the denial of his Rule 24.035 motion after an evidentiary hearing.

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the motion court is affirmed. Rule 84.16(b).